DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS E. KELLY,**
Appellant,

v.

**MICHAEL P. HART,**
Appellee.

No. 4D2023-1965

[February 22, 2024]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 22-00775CAAXMX.

Brian J. Lee of Morgan & Morgan, Jacksonville, for appellant.

Bretton C. Albrecht of Kubicki Draper, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***